CLAUSEN, Appellant, v. HERRMANN REALTY CO., Respondent. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Charles C. Clausen against the Herrmann Realty Company. E. W. S. Johnston, for appellant. H. Swain, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re CLEMENT, Com'r of Excise. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) In the matter of the petition of Maynard N. Clement, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 9672, issued to Albert Siems. No opinion. Motion for stay denied.

CLERY, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Ellen Clery against Edward S. Clark. E. M. Hawkins, for appellant. S. B. Stiles, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CLINTON et al. v. BOEHM et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Charles W. Clinton and others against Abraham Boehm and others. No opinion. Motion granted. Question certified. Order filed. See, also, 124 N. Y. Supp. 789.

COHEN et al., Respondents, v. SOHNEN, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1910.) Action by Harris Cohen and another against Rachmiel Sohnen. No opinion. Judgment of the Municipal Court affirmed, with costs.

COHN v. HELFANT. et al. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Eser B. Cohn against Joseph Helfant and others.

PER CURIAM. Judgment of the Municipal Court in so far as appealed from reversed, and new trial ordered, costs to abide the event, upon the ground that it does not appear that Horowitz and Rashkin were partners of Helfant at the time of the conversion.

RICH, J., dissents.

COLE, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Vera May Cole, an infant, by Elizabeth Lepera, her guardian ad litem, against the United Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

COLLIER, Respondent, v. JONES, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Robert J. Collier against E. Milton Jones, impleaded with others. H. D. Williams, for appellant. E. M. Shepard, for respondent. No opinion. Order (66 Misc. Rep. 97, 120 N. Y. Supp. 991) modified as provided in order, and, as modified, affirmed, with $10 costs and disbursements. Order filed.

COLLINS, Respondent, v. WEISSBERG, Appellant. (Supreme Court, Appellate Division, First Department. October 21, 1910.) Action by Ellen Collins against Charles Weissberg. W. L. Kiefer, for appellant. A. Weil, for respondent.

PER CURIAM. Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $2,140.17, in which event the judgment as so modified and the order appealed from will be affirmed without costs. Settle order on notice.

CONTI, Appellant, v. BERRY, Respondent. (Supreme Court, Appellate Division, First Department. November 25, 1910.). In the matter of Antonio Conti against Joseph I. Berry, commissioner, etc. J. M. Mayer, for appellant. H. Crone, for respondent. No opinion. Order affirmed, with costs as in an action. Order filed.

COONEY, Appellant, v. UNITED TRACTION CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Viola M. Cooney, an infant, etc., by John S. Cooney, her guardian ad litem, against the United Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

COOPERMAN v. HOOPER. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Samuel Cooperman against William Hooper. No opinion. Motion to dismiss appeal granted with $10 costs. Order filed.

CORLESS, Appellant, v. CARLISLE, Respondent. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Patrick Corless against William T. Carlisle. J. H. Regan, for appellant. R. A. B. Dayton, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 137 App. Div. 611, 122 N. Y. Supp. 407.

COURTNEY, Respondent, v. McARDLE, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by George L. Courtney against Patrick J. McArdle. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 136 App. Div. 902, 120 N. Y. Supp. 1120.

COWART, Respondent, v. TREVOR, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Thomas E. Cowart against William Trevor.

PER CURIAM. The evidence respecting the genuineness of the signature to the letter is so conflicting, and the circumstances in connection with the proof thereof are such that we think the interests of justice require a new